IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NATHANIEL REDDING,

    Plaintiff,

v.                                CASE NO.  4:14cv49-RH/GRJ

MAMORAN,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 20, and the objections, ECF No. 21.  I have reviewed *de novo* the issues raised by the objections.

The report and recommendation concludes that the case should be dismissed on two grounds: failure to exhaust administrative remedies and failure to state a claim on which relief can be granted.  This order accepts the report and recommendation and adopts it as the court's order on the exhaustion issue.  This makes it unnecessary to address the question whether the amended complaint states a claim on which relief can be granted.

The plaintiff's objections take no issue with the facts on exhaustion set out in the report and recommendation.  In Florida, exhaustion of claims like these is a three-step process, requiring an informal grievance, a formal grievance, and an appeal to the Secretary of the Department of Corrections.  The defendant has filed evidence that the plaintiff did not exhaust his claims.  The plaintiff says officials of the Department of Corrections do not hesitate to throw away grievances, but the plaintiff has not alleged the substance and general timeframe of grievances and appeals that he says were thrown away.  The plaintiff has not provided information sufficient to support a finding that he submitted grievances and appeals that were sufficient to constitute exhaustion.  In sum, the Department has submitted evidence showing that the plaintiff did not fully exhaust his administrative remedies, and the plaintiff has not rebutted the showing.

For these reasons,

IT IS ORDERED:

The report and recommendation is ACCEPTED.  The defendant's motion to dismiss, ECF No. 17, is GRANTED.  The clerk must enter judgment stating, "The complaint is dismissed for failure to exhaust administrative remedies."  The clerk must close the file.

SO ORDERED on September 20, 2014.

                                                s/Robert L. Hinkle
                                                United States District Judge